PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DARRELL PRETZER,<br><br>Defendant. | Case Nos. 1:22-po-00047-SAB<br>         1:22-po-00190-SAB<br><br>MOTION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Jeffrey A. Spivak, Assistant United States Attorney, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, consistent with the plea agreement entered into in United States v. Darrell Pretzer, Case #1:23-po-00031-SAB, moves to dismiss this case in case in the interest of justice without prejudice, and, if appropriate, to recall any warrants issued in this case.

DATED:  March 20, 2023                           Respectfully submitted,

                                                 PHILLIP A. TALBERT
                                                 United States Attorney

                                        By:      /s/ Jeffrey A. Spivak__
                                                 JEFFREY A. SPIVAK
                                                 Assistant U.S. Attorney

1

# **O R D E R**

IT IS HEREBY ORDERED that this case is dismissed in the interest of justice without prejudice. The warrant in this case is hereby RECALLED.

IT IS SO ORDERED.

Dated: __March 20, 2023__

_____
UNITED STATES MAGISTRATE JUDGE